U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
NOV - 7 2023
CLERK, U.S. DISTRICT COURT
By_____ Deputy

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

Cause #

4-23CV-1134O

To the Honorable Judge, of said Court Now Comes Angeles Cruz Sidronio; Heretofore Submitts This case Under Federal Law TOWITT:

I.

Defendant Files Under JurisPrudence The Basic Law; For Texas on or about 09/10/21 Heretofore, Said Person was Apprehended By; Said Person Benito Lopez At A Occurring Wedding. When Benito Confronted Angeles, Commensed By Benito Over Words, Basically "Witnesses" Along with My Wife;

II.

Cruz Has A Trade in Floors in Years Being in Lubbock Texas Married to His Wife <u>Suzette Hernandez</u> of Which She Hired An Attorney Jeanette Morales; And Has Already Paid $3500 for Bail, Since A Few Months, Although This Attorney Refuses To Bail or hand the Monies Back. Therefore Cruz is Suggesting That Jeanette Return Back The Sum of Bail, That was Installed; Although This Attorney has

No INTENTION of Returning the Sum...

### III

Stating The Sixth Amendment defense ATTORNEY Must have A firm Command OF THE FACTS And OR Case. As well As GOVERNING Laws. A Defense ATTORNEY shoulders THE Burden to Make A Reasonable Decision Based ON in Wrongful Status, Being THE FACT THAT AN ATTORNEY "CANNOT" WITHHOLD; THE MONETARY SUM. UNDER Rules AND Regulations.

### IV

I Swear UNDER Penalty of Perjury that Said Person has been UNjustified THEREFORE Being held for A Crime NOT Committed By Said Cruz; AND is Being Held Under United STATES Constitutional Rights.

Sign This 1st day of November 2023.

Respectfully
Angel Cruz Sichronio



Lubbock County Detention Center
Inmate Name: Tyler Curt Sidrowf
SO #: 203345
PO Box 9133
Seminole, FL 33775-9133

Legal Mail

NOV - 7 2023
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TX

INDIGENT

LUBBOCK TX 794
RETURN SERVICE REQUESTED
NOV 2023 PM 1 L
FIRST CLASS

US POSTAGE PITNEY BOWES
ZIP 79401  $ 000.63⁰
02 4W
0000386595 NOV 02 2023

Federal Court
501 W. 10th
Rm. 310
For 7 North Texas
~ 76102 ~