IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| ANGELES CRUZ SIDRONIO, | § | |
| Institutional ID No. 203345 | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | Civil Action No. 4:23-cv-1134-O |
| | § | |
| JEANETTE MORALES, | § | |
| | § | |
| Defendant. | § | |

# FINAL JUDGMENT

In accordance with the Court's order of dismissal entered this day and Federal Rule of Civil Procedure 58, it is the final judgment of the Court that Angeles Cruz Sidronio's civil-rights action is DISMISSED. *See* FED. R. CIV. P. 58.

**SO ORDERED** this **3rd day** of **January, 2024.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE

1